UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 20-2828
_____

UNITED STATES OF AMERICA

v.

PAUL W. BERGRIN,
                                    Appellant

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 2-09-cr-0369-001)
District Judge:  Honorable Madeline C. Arleo

_____

Argued
November 17, 2021

Before:   AMBRO, JORDAN, and ROTH, *Circuit Judges*

_____

ORDER AMENDING OPINION
_____

JORDAN, *Circuit Judge*.

IT IS NOW ORDERED that the above-captioned opinion be amended as follow:

The following change shall be made to footnote 6:

   "3" shall be changed to "5".

The following change shall be made to footnote 10:

   In the third line, the word "not" shall be deleted.

By the Court

   s/ Kent A. Jordan
Circuit Judge

DATED: June 1, 2022
CJG/cc:     Mark E. Coyne, Esq.
           Steven G. Sanders, Esq.